JS-6

GREGORY P. WONG (SBN: 204502)
HEATHER K. COX (SBN: 278898)
BARKHORDARIAN LAW FIRM, PLC
6047 Bristol Parkway, Second Floor
Culver City, CA 90230
Telephone: (323) 450-2777
greg@barklawfirm.com
heather@barklawfirm.com

Attorneys for Plaintiff
MARIA ELIZABETH MIRANDA DE SANCHEZ

JAMIE Y. LEE, Bar No. 228389
LITTLER MENDELSON, P.C.
18565 Jamboree Road, Ste. 800
Irvine, CA  92612
Telephone: 949.705.3000
Fax No.:    949.724.1201
Email:  Jylee@littler.com

Attorneys for Defendant
INTERSTATE HOTELS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELIZABETH MIRANDA DE SANCHEZ, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERSTATE HOTELS, LLC, a Delaware limited liability company, and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO.:  2:20-cv-03491-VAP-JC<br><br>**ORDER APPROVING JOINT STIPULATION ON DISMISSAL WITH PREJUDICE**<br><br><br><br>Complaint Filed: March 12, 2020 |

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA  92612
949.705.3000

ORDER

## ORDER

Based on the above stipulation and good cause appearing, the Court hereby orders this case dismissed with prejudice as to Plaintiff Maria Elizabeth Miranda De Sanchez's Complaint, as to all named defendants, with each party to bear their own attorneys' fees and costs.

Dated: November 17, 2020

_____
HON. VIRGINIA A. PHILLIPS
United States District Court Judge

4831-0700-0527.1 079499.1082

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1); ORDER